# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernie Mullikin, et al., <br><br>         Plaintiffs, <br><br>v. <br><br>Money Sodhi LLC, et al., <br><br>         Defendants. | NO. CV-15-01476-PHX-SMM <br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, that this case is dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

November 19, 2015

By   s/ Kenneth G. Miller
     Deputy Clerk